1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON E. MORRIS,

11            Plaintiff,                    No.  2:13-cv-0589 CKD P

12        vs.

13   C. M. GREEN,

14            Defendant.                    ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18   required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Court records indicate that plaintiff is a

19   "three strikes" prisoner pursuant to 28 U.S.C. § 1915(g).  Morris v. Jennings, No. 2:12-cv-2240

20   GEB CKD P, Dkt. No. 11.  Plaintiff does not allege that he is in imminent danger of serious

21   physical harm, as his complaint alleges retaliation and interference with his legal mail.

22   Accordingly plaintiff will be granted thirty days to submit the $350 filing fee for this action.

23   Plaintiff's failure to pay the filing fee will result in a recommendation that this action be

24   dismissed.

25   ////

26   ////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

2   submit, within thirty days from the date of this order, the $350 filing fee for this action.

3   Plaintiff's failure to comply with this order will result in a recommendation that this action be

4   dismissed.

5    Dated: April 3, 2013

6   
7   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

8

9
    2
10  morr0589.3strik

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26