IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

        Plaintiff,                  No. 2:13-cv-0589 CKD P

    vs.

C. M. GREEN,

        Defendant.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Court records indicate that plaintiff is a "three strikes" prisoner pursuant to 28 U.S.C. § 1915(g). Morris v. Jennings, No. 2:12-cv-2240 GEB CKD P, Dkt. No. 11. Plaintiff does not allege that he is in imminent danger of serious physical harm, as his complaint alleges retaliation and interference with his legal mail. Accordingly plaintiff will be granted thirty days to submit the $350 filing fee for this action. Plaintiff's failure to pay the filing fee will result in a recommendation that this action be dismissed.

////

////

1

Case 2:13-cv-00589-JAM-CKD   Document 3   Filed 04/03/13   Page 2 of 2

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, the $350 filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
morr0589.3strik