IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

    Plaintiff,                    No. 2:13-cv-0589 JAM CKD P

    vs.

C. M. GREEN,

    Defendant.                  <u>ORDER</u>

    _____/

On April 17, 2013, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 10, 2013, denying plaintiff's motion to proceed in forma pauperis. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that upon reconsideration, the order of the magistrate judge filed April 10, 2013, is affirmed.

DATED: April 26, 2013

                              /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE