UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:13-cv-0589 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. M. GREEN, | |
| Defendant. | |

Plaintiff has filed a motion for summary judgment. (ECF No. 46.) The discovery deadline in this action is June 12, 2015. (ECF No. 44.) Moreover, defendant has not had an opportunity to meaningfully depose plaintiff. (See id.) As defendant is not in a position to timely oppose plaintiff's motion, it is premature and will be denied without prejudice to renewal after the discovery deadline.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 46) is denied without prejudice to renewal after June 12, 2015.

Dated: March 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / morr589.ord