IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEON E. MORRIS,<br><br>                             Plaintiff,<br><br>          v.<br><br>C.M. GREEN,<br><br>                             Defendant. | 2:13-cv-0589 JAM CKD P<br><br>ORDER |

Good cause having been shown, defendant's motion to stay (ECF No. 55) is GRANTED. The court shall stay the briefing on plaintiff's motion for summary judgment (ECF No. 54) pending its ruling on defendant's forthcoming motion for summary judgment for failure to exhaust administrative remedies.

          IT IS SO ORDERED.

Dated:  June 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE