UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:13-cv-0589 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| C.M. GREEN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2015, are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 58) is granted and denied in part as follows:

    A. Denied as to plaintiff's claim that defendant retaliated against him by not sending his legal mail in December 2011; and

    B. Granted as to any remaining claims.

DATED: December 8, 2015

                            John A. Mendez_____
                            UNITED STATES DISTRICT COURT JUDGE