UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,      | No.  2:13-cv-0589 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| C. M. GREEN, | |
| Defendant. | |

On August 31, 2016, the district court granted summary judgment for defendant in this pro se prisoner civil rights action. (ECF No. 86.) Before the court is plaintiff's motion for reconsideration of the judgment, constructively filed September 9, 2016. (ECF No. 88.)

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263. Here, the district court's adoption of the July 28, 2016 findings and recommendations was not clearly erroneous nor manifestly unjust, and none of the other factors apply.

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF
No. 88) is denied.

DATED: November 30, 2016

                                      /s/ John A. Mendez_____
                                      UNITED STATES DISTRICT COURT JUDGE